## The City of Chicago
*v.*
## The President, Directors and Company of the Home Bank *et al.*

Mr. Justice Breese:

This case is in all respects identical in principle with the case of *The City of Chicago* v. *E. C. Larned et al. ante*, and must be decided in the same way. The judgment of the Superior Court is, for the reasons given in the opinion in that case, affirmed.

*Judgment affirmed*